IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                     4:09CR00255-02-WRW

**HEATH MICHAEL GEPHART**

## NOTICE AND ORDER TO SHOW CAUSE

On August 31, 2010, the Court issued a notice of a hearing regarding a fee dispute between Defendant and his former attorney, Mr. Robert Brent Crews, to commence on Tuesday, September 28, 2010, at 10:00 a.m.[1]

At 10:00 a.m. on September 28, 2010, the hearing commenced as scheduled. However, attorney Robert Brent Crews failed to appear.

Because Mr. Crews did not appear in court despite the August 31, 2010 Notice, an email being sent to him, and the Notice being faxed to him, Mr. Crews is directed to show cause as to why he should not be held in contempt under 18 U.S.C. § 401. Mr. Crews is, of course, free to bring counsel with him to the show cause hearing.

The hearing on this issue will commence at 1:30 p.m. on Thursday, November 18, 2010, Richard Shepard Arnold United States Courthouse, 500 West Capitol Avenue, Courtroom #4C, Little Rock, Arkansas.

The U.S. Marshal's Service is directed to service a copy of this Order on Mr. Crews at Crews Law Firm, 603 West Matthews Avenue, Jonesboro, Arkansas 72401.

IT IS SO ORDERED this 25th day October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 32.